**Order entered March 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00286-CV

## IN RE EMR (USA HOLDINGS) INC., GOLD METAL RECYCLERS, LTD., AND DAVID FERGUSON, Relators

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-00835**

# ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/  LESLIE OSBORNE
    JUSTICE